**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

J. JESUS MUNOZ,

    Plaintiff,

v.                                         CASE NO: 07-CV-10515-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                                  ENTERED BY ORDER OF THE COURT

                                                 S/Lisa G. Wagner
                                               LISA G. WAGNER, CASE MANAGER AND
                                               DEPUTY CLERK TO THE HONORABLE
                                               ROBERT H. CLELEND